## M Gmail  Chalmers Johnson <chalmersjohnson@gmail.com>

---

**Booth vs. Trident, USDC, DSC 2:15-cv-04819**
7 messages

---

**Christian J. Steinmetz III** <cjs@ggsattorneys.com>               Wed, Dec 9, 2015 at 4:56 PM
To: chalmersjohnson@gmail.com
Cc: Charlotte@ggsattorneys.com

Mr. Johnson -

I represent Trident Literacy Association, Inc. relative to this matter.

If you'd like to send me the requisite Request for Waiver of Service of Summons forms and a Waiver to be filed, I will review and get back to you to save you the cost of service.

Please advise.

Thank you.

--

**Christian J. Steinmetz III, Esq.**
**GANNAM, GNANN& STEINMETZ, LLC**
Post Office Box 10085
Savannah, Georgia 31412-0285
Tel:    912.232.1192
Fax:   912.238.9917
www.ggsattorneys.com

Confidentiality Notice - The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information and SECRET STUFF. Now that I have gotten your attention, should you not be my intended recipient, please know that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify me of my mistake immediately by return e-mail, and then, permanently delete the e-mail and any attachments, too. Your cooperation and continued support in this endeavor will be most appreciated by me, my firm, and my clients, and, it will help ensure that you no longer get extraneous emails from me. When in any doubt, please do the right thing. Again, thanks.

IRS Circular 230 Disclosure - To ensure compliance with requirements imposed by our friends at the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii)

promoting, marketing or recommending to another party any transaction or matter addressed herein.

---

**Chalmers Johnson** <chalmersjohnson@gmail.com>     Thu, Dec 10, 2015 at 9:43 AM
To: "Christian J. Steinmetz III" <cjs@ggsattorneys.com>

Thank you, Mr. Steinmetz,
I was just about to reach out to you on that subject. I will get one together and sent to you asap.
Chalmers
[Quoted text hidden]

---

**Chalmers Johnson** <chalmersjohnson@gmail.com>     Wed, Dec 16, 2015 at 11:30 AM

To: "Christian J. Steinmetz III" <cjs@ggsattorneys.com>
Cc: David Nauheim <david@nauheimlaw.com>

Mr. Steinmetz,
Good afternoon. I have mailed you the necessary documents to request a waiver of service of the Summons in this case. I am emailing you a PDF scan of the documents and my letter as a courtesy copy.
Chalmers Johnson

On Wed, Dec 9, 2015 at 4:56 PM, Christian J. Steinmetz III <cjs@ggsattorneys.com> wrote:
[Quoted text hidden]


📎 **request for waiver of service.pdf**
   572K

---

**Christian J. Steinmetz III** <cjs@ggsattorneys.com>     Wed, Dec 16, 2015 at 12:11 PM

To: Chalmers Johnson <chalmersjohnson@gmail.com>
Cc: Charlotte@ggsattorneys.com, David Nauheim <david@nauheimlaw.com>, "Ralephata, Nosizi" <NRalephata@turnerpadget.com>, "Hager, April D." <AHager@turnerpadget.com>, "Wilkerson, John S." <JWilkerson@turnerpadget.com>

Mr. Johnson -

I have good news and bad news.

Bad news - You and I will not be working together.

Good news - because the defense of this case has been transferred to *our* good buddy, John Wilkerson's firm, Turner Padget in Charleston (my hometown, by the way), you will get to work with John's colleague, Nosi Ralephata, who, along with her Assistant, April Hager and John, are copied hereon. You will note that I am forwarding that which you sent to me to them via attaching the same to this email.

Thus, please direct all further correspondence, inquiries, missives, communications, and calls to Nosi.

I regret that we will not have the pleasure of working together, but I am comforted by the fact that my (former) client will be defended by among the finest that Charleston has to offer.

Thank you.

**Christian J. Steinmetz III, Esq.**
**GANNAM, GNANN& STEINMETZ, LLC**
Post Office Box 10085
Savannah, Georgia 31412-0285
Tel:     912.232.1192
Fax:    912.238.9917
www.ggsattorneys.com

Confidentiality Notice - The information contained in this e-mail and any attachments to it may be legally privileged and include confidential information and SECRET STUFF. Now that I have gotten your attention, should you not be my intended recipient, please know that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify me of my mistake immediately by return e-mail, and then, permanently delete the e-mail and any attachments, too. Your cooperation and continued support in this endeavor will be most appreciated by me, my firm, and my clients, and, it will help ensure that you no longer get extraneous emails from me. When in any doubt, please do the right thing. Again, thanks.

IRS Circular 230 Disclosure - To ensure compliance with requirements imposed by our friends at the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

[Quoted text hidden]


🖹 request for waiver of service.pdf

572K

---

**Chalmers Johnson** <chalmersjohnson@gmail.com>  Wed, Dec 16, 2015 at 2:17 PM
To: "Christian J. Steinmetz III" <cjs@ggsattorneys.com>

Thanks, Christian,
Turner Padget is a great firm to work with, and I'll be glad to get in touch with John again. Thanks for forwarding my email. I'll look for a response from Ms. Ralephata. It's been a pleasure working with you. I hope we get to meet some day.
Chalmers
[Quoted text hidden]

---

**Chalmers Johnson** <chalmersjohnson@gmail.com>  Fri, Mar 4, 2016 at 10:53 AM
To: "Christian J. Steinmetz III" <cjs@ggsattorneys.com>

Hello, Christian. I never got a response from Turner padget on this case. I am about to go ahead and serve. I just wanted to check with you before I incur costs that would be taxed against your client.
Chalmers
[Quoted text hidden]

---

**Christian J. Steinmetz III** <cjs@ggsattorneys.com>  Fri, Mar 4, 2016 at 11:07 AM
To: Chalmers Johnson <chalmersjohnson@gmail.com>
Cc: "Ralephata, Nosizi" <NRalephata@turnerpadget.com>, "Wilkerson, John S." <JWilkerson@turnerpadget.com>

Chalmers -

I suggest you contact Nosizi Ralephata one more time before serving, as I recall she was prepare to save you all costs as to that.

I have cc-ed her hereon.

If you cannot get ahold of her, please let me know.

Many thankjs,

CJSIII

---

**Christian J. Steinmetz III, Esq.**
**GANNAM, GNANN & STEINMETZ, LLC**
Post Office Box 10085
Savannah, Georgia 31412-0285

Tel:   912.232.1192
Fax:   912.238.9917
www.ggsattorneys.com

Confidentiality Notice - The information contained in this e-mail and any attachments to it may be legally privileged and *just might* include confidential information and SECRET STUFF. Now that I have gotten your attention, should you not be my intended recipient, please know that any disclosure, distribution or copying of this e-mail or its attachments is prohibited. If you have received this e-mail in error, please notify me of my mistake immediately by return e-mail, and then, permanently delete the e-mail and any attachments, too. Your cooperation and continued support in this endeavor will be most appreciated by me, my firm, and my clients, and, it will help ensure that you no longer get extraneous emails from me. When in any doubt, please do the right thing. Again, thanks.

IRS Circular 230 Disclosure - To ensure compliance with requirements imposed by our friends at the IRS, we inform you that any U.S. federal tax advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein.

[Quoted text hidden]